UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES WATSON, JOSEPH AVITABILE, THOMAS MCGLADE, AND ROBERT SHEEHAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,  Plaintiff(s) Petitioner(s)<br>- against -<br>CONSOLIDATED EDISON OF NEW YORK AND THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN,  Defendant(s) Respondent(s) | INDEX #:<br>08 CV 4436<br>DATE FILED:<br>05/12/2008<br><br>JUDGE:<br>RAKOFF |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ELLIOTT STERNBERG, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/15/2008, 09:45AM at 4 IRVING PLACE, 1ST FLOOR, NEW YORK NY 10003, deponent served the within SUMMONS IN A CIVIL CASE & CLASS ACTION COMPLAINT on THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN, a defendant in the above action.

By delivering to and leaving with MARY EHIEMUA at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 25    Approximate height 5'05"    Approximate weight 110    Color of skin BLACK    Color of hair BLACK

LEEDS MORELLI &
BROWN, P.C.

ONE OLD COUNTRY ROAD
SUITE 347
CARLE PLACE, NY 11514
(516)873-9550

ELLIOTT STERNBERG    License # 1184595

Sworn to before me on 05/16/2008
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726