UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES WATSON, JOSEPH AVITABILE,
THOMAS McGLADE, and ROBERT
SHEEHAN, Individually and On Behalf
of All Others Similarly Situated,                                    **NOTICE OF APPEARANCE**

                       Plaintiffs,

                       Docket No.: 08 CV 4436

     -against-

CONSOLIDATED EDISON OF NEW YORK
and THE CONSOLIDATED EDISON
PENSION AND BENEFITS PLAN,

                      Defendants.
------------------------------------------------------------X

S I R S:

      PLEASE TAKE NOTICE, Matt Marks, Esq., has been retained by Plaintiffs, James Watson, Joseph Avitabile, Thomas McGlade, and Robert Sheehan, Individually and On Behalf of All Others Similarly Situated, as counsel for said plaintiffs, and the undersigned demand(s) that a copy of any and all documents and papers in this action be served upon the undersigned at the office and post office stated below.

Dated:  Carle Place, New York
          May 16, 2008

                                          Yours truly,

                                          LEEDS MORELLI & BROWN, P.C.
                                          One Old Country Road, Suite 347
                                          Carle Place, New York 11514
                                          (516) 873-9550

                                                  /S/
                                          Matt Marks (MM-5848)