AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

JAMES WATSON, JOSEPH AVITABILE, THOMAS McGLADE, and ROBERT SHEEHAN, Individually and On Behalf of All Others Similarly Situated,

**APPEARANCE**

Plaintiffs,

-against-

Case Number: 08 CV 4436 (JSR)

CONSOLIDATED EDISON OF NEW YORK and THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN,

Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CONSOLIDATED EDISON OF NEW YORK and THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN

DEFENDANTS

I certify that I am admitted to practice in this court.

| 6/2/2008 | *[signature]* |
|---|---|
| Date | Signature |
|  | Myron D. Rumeld / MR-3941 |
|  | Print Name / Bar Number |
|  | 1585 Broadway |
|  | Address |
|  | New York / NY / 10036 |
|  | City / State / Zip Code |
|  | (212) 969-3021 / (212) 969-2900 |
|  | Phone Number / Fax Number |