AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

JAMES WATSON, JOSEPH AVITABILE, THOMAS McGLADE, and ROBERT SHEEHAN, Individually and On Behalf of All Others Similarly Situated,

**APPEARANCE**

Plaintiffs,

-against-

Case Number: 08 CV 4436 (JSR)

CONSOLIDATED EDISON OF NEW YORK and THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN,

Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CONSOLIDATED EDISON OF NEW YORK and THE CONSOLIDATED EDISON PENSION AND BENEFITS PLAN

DEFENDANTS

I certify that I am admitted to practice in this court.

| 6/2/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Deidre A. Grossman | DG-2677 |
| | Print Name | Bar Number |
| | 1585 Broadway | |
| | Address | |
| | New York | NY | 10036 |
| | City | State | Zip Code |
| | (212) 969-3006 | (212) 969-2900 |
| | Phone Number | Fax Number |