UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JAMES WATSON, JOSEPH AVITABILE,       :
THOMAS McGLADE, and ROBERT            :
SHEEHAN, Individually and On Behalf   :
of All Others Similarly Situated,     :
                                      :    **DISCLOSURE STATEMENT**
                   Plaintiffs,        :
                                      :
                                      :
        -against-                     :    08 Civ. 4436 (JSR)
                                      :
CONSOLIDATED EDISON OF NEW YORK       :
and THE CONSOLIDATED EDISON           :
PENSION AND BENEFITS PLAN,            :
                                      :
                   Defendants.        :
------------------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants

certifies that the parent corporation of defendant Consolidated Edison Company of New York,

Inc. (improperly named as "Consolidated Edison of New York" in the Complaint) is

Consolidated Edison, Inc., and no other publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 3, 2008


                                              PROSKAUER ROSE LLP


                                   By:_____
                                              Deidre A. Grossman
                                              1585 Broadway
                                              New York, New York 10036
                                              (212) 969-3006

                                              *Attorneys for Defendants*