Rakoff, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JAMES WATSON, JOSEPH AVITABILE,
THOMAS McGLADE, and ROBERT
SHEEHAN, Individually and On Behalf
of All Others Similarly Situated,

              Plaintiffs,

       -against-

CONSOLIDATED EDISON OF NEW YORK
and THE CONSOLIDATED EDISON
PENSION AND BENEFITS PLAN,

             Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER**

08 Civ. 4436 (JSR)

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel, that Defendants' time to answer, move, or otherwise respond with respect to Plaintiffs' Complaint shall be extended up to and including July 11, 2008.

Dated: New York, New York
       June 2, 2008

PROSKAUER ROSE LLP

By: _____
    Deidre A. Grossman
    1585 Broadway
    New York, New York 10036
    (212) 969-3006

*Attorneys for Defendants*

Dated: Carle Place, New York
      June 3, 2008

LEEDS, MORELLI & BROWN, P.C.

By: _____
    Lenard Leeds
    One Old Country Road, Suite 347
    Carle Place, New York 11514
    (516) 873-9550

WEISS & LURIE
Joseph H. Weiss
James E. Tullman
551 5th Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Attorney for Plaintiffs*

SO ORDERED:

_____
JED S. RAKOFF
U.S.D.J.

6-5-08