PROSKAUER ROSE LLP
Myron D. Rumeld
Deidre A. Grossman
1585 Broadway
New York, NY 10036
(212) 969-3021
(212) 969-3006

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JAMES WATSON, JOSEPH AVITABILE, : 
THOMAS McGLADE, and ROBERT : 
SHEEHAN, Individually and On Behalf : 
of All Others Similarly Situated, : 
: **NOTICE OF MOTION**
Plaintiffs, : 
: 
-against- : 08 Civ. 4436 (JSR)
: 
CONSOLIDATED EDISON OF NEW YORK : 
and THE CONSOLIDATED EDISON : 
PENSION AND BENEFITS PLAN, : 
: 
Defendants. : 
------------------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the annexed Affidavit of Hector J. Reyes, dated July 18, 2008, and the exhibits attached thereto, and the accompanying Memorandum of Law, defendants Consolidated Edison Company of New York, Inc. (improperly named as "Consolidated Edison of New York" in the Complaint) and the Consolidated Edison Pension and Benefits Plan (now known as the "Consolidated Edison Retirement Plan") (collectively, "Defendants") will move this Court before the Honorable Jed S. Rakoff, on August 19, 2008 at 5 p.m., in the United States Courthouse, Southern District of New York, United States District Court, 500 Pearl Street, New York, New York 10007, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), for an Order dismissing: (1) the Complaint in its entirety for lack of constitutional

standing; and/or (2) Plaintiffs' state law claims as preempted by the Employee Retirement Income Security Act of 1974, as amended; and/or (3) all claims of Plaintiffs Watson, Sheehan and McGlade on the grounds that they have been released and/or are time-barred.

Pursuant to this Court's Order dated July 8, 2008, Plaintiffs' answering papers shall be filed and served no later than August 5, 2008, and Defendants' reply papers shall be filed and served no later than August 12, 2008.

Dated: New York, New York
       July 22, 2008

                Respectfully submitted,

                PROSKAUER ROSE LLP

              By: /s/ Myron D. Rumeld
                  Myron D. Rumeld
                  Deidre A. Grossman
                  1585 Broadway
                  New York, NY 10036
                  mrumeld@proskauer.com
                  dagrossman@proskauer.com
                  (212) 969-3021
                  (212) 969-3006

                *Attorneys for Defendants*

To:    Joseph H. Weiss, Esq.
       James E. Tullman, Esq.
       WEISS & LURIE
       551 5th Avenue, Suite 1600
       New York, New York 10176
       (212) 682-3025

       Lenard Leeds, Esq.
       Matthew Marks, Esq.
       LEEDS, MORELLI & BROWN, P.C.
       One Old Country Road, Suite 347
       Carle Place, New York 11514
       (516) 873-9550

       *Attorneys for Plaintiffs*