## CERTIFICATE OF SERVICE

I, Deidre A. Grossman, hereby certify that on July 22, 2008, I caused to be served a true and correct copy of the foregoing Motion to Dismiss, Affidavit of Hector J. Reyes in Support of Motion to Dismiss (without exhibits) and Memorandum of Law in Support of Defendants' Motion to Dismiss on the counsel listed below by electronic means.

Lenard Leeds, Esquire
Leeds, Morelli & Brown, P.C.
One Country Road, Suite 347
Carle Place, New York 11514

_____
Deidre A. Grossman